# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARLIN DALLAS LANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-3314 JCH |
| | ) | |
| ANNE PRECYTHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal motion for discovery of documents. Plaintiff seeks copies of "records received" by the Court. Plaintiff asserts that his legal mail has been interfered with by the Missouri Department of Corrections, and he believes it will be in the "interests of justice" to have copies of his Court documents in case he wants to refile his action in this Court.

The Court does not provide free copies of documents, or send copies of documents to opposing parties, on behalf of persons granted in forma pauperis status. However, the Clerk's Office will make copies of documents at the rate of fifty cents per page, prepaid. To facilitate this, the Court will have the Clerk provide plaintiff with a copy of the docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motion for discovery of documents [Doc. #9] is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff with a copy of the docket sheet.

Dated this 9th day of March, 2020.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE