# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARLIN DALLAS LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-3314 JCH |
| ) | |
| ANNE PRECYTHE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal motions to amend his complaint, as well as for change of venue, filed by plaintiff on September 29, 2020.

Plaintiff voluntarily dismissed this action on January 27, 2020. As a result, the Court will not allow plaintiff to file any additional motions in this closed case. Plaintiff's motions will be denied and he will be barred from filing additional motions in this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motions for to amend his complaint and to change venue [Doc. #17 and #19] are **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional filings from plaintiff in this closed action. All filings shall be returned to plaintiff unless they relate to an appeal.

**IT IS FURTHER ORDERED** that an appeal from this Order would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff with a copy of the docket sheet.

Dated this 1st day of October, 2020.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE